UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERONICA DIXON,

    Plaintiff,

v.                                     CASE NO: 8:08-cv-1574-SDM-DAB

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

Following the Commissioner of Social Security's ("Commissioner") denial of the plaintiff's application for Social Security Income, the plaintiff requested a hearing before an Administrative Law Judge ("ALJ"). The ALJ issued (R. 18-32) an "unfavorable" decision. Pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), the plaintiff seeks (Doc. 1) judicial review of the Commissioner's decision. On July 1, 2009, the Magistrate Judge issued a report (Doc. 18) recommending affirmation of the Commissioner's decision. The plaintiff objects (Doc. 19) to the report and recommendation and the Commissioner responds (Doc. 20) in opposition.

A de novo review of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution. Accordingly, the plaintiff's objections (Doc. 19) are **OVERRULED**. The July 1, 2009, report and recommendation (Doc. 18) is **ADOPTED** and the Commissioner's decision is **AFFIRMED**. The Clerk is directed to (1) enter

judgment in favor of the defendant and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on July 24, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE